Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinglittle.com

Attorneys for Plaintiffs Monet Gray and Fernando Gray

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MONET GRAY AND FERNANDO GRAY<br><br>            Plaintiffs,<br><br>        v.<br><br>THE PROGRESSIVE CORPORATION, PROGRESSIVE MUTUAL INSURANCE COMPANY, PROGRESSIVE HOME INSURANCE COMPANY, AMERICAN STRATEGIC INSURANCE AND DOES 1-20<br><br>            Defendants. | Case No.:  1-24-cv-00179-JLT-BAM<br><br>**STIPULATION FOR DISMISSAL AND ORDER RE DISMISSAL PER FRCP 41(a)(1)(A)(ii)**<br><br>Judge         : Hon. Jennifer L. Thurston<br>Mag. Judge: Hon.  Barbara A. McAuliffe |

KGL

1    Plaintiffs Monet Gray and Fernando Gray and Defendant ASI Select

2  Insurance Corporation hereby stipulate under Federal Rule of Civil Procedure

3  41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes

4  of action, and parties, with each party bearing that party's own attorney's fees and

5  costs.

6

7  Respectfully submitted.

8

9  DATED:                          **LAW OFFICE OF KEVIN G. LITTLE**

10

11

12                           By: _____/s/  Kevin G. Little_____

13                               Kevin G. Little
                                 Michelle L. Tostenrude
14                               Attorneys for Plaintiffs Monet Gray and
                                 Fernando Gray
15

16

17  DATED:                          **CUMMINS & WHITE, LLP**

18

19

20                           By: _____/s/  Tony J. Cheng_____

21                               Larry M. Arnold, Esq.
                                 Tony J. Cheng, Esq.
22                               Attorneys for Defendant ASI Select
                                 Insurance Corporation
23

24

25

26

27

28

KGL

# ORDER OF DISMISSAL

On March 5, 2025, the parties filed a stipulation of dismissal of the action with prejudice, with each party to bear their own fees and costs. (Doc. 27.) In light of the stipulated dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: __**March 6, 2025**__ _____ /s/ *Barbara A. McAuliffe* _____

UNITED STATES MAGISTRATE JUDGE